IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:                                          Case No. **24-20004-HAC-11**

**JUDSON COLLEGE,**

    Debtor(s).

### BANKRUPTCY ADMINISTRATOR'S MOTION TO COMPEL PLAN TRUSTEE TO FILE POST-CONFIRMATION REPORTS AND TO PAY QUARTERLY FEES

Comes now, Mark S. Zimlich, United States Bankruptcy Administrator for the Southern District of Alabama, and files this Motion to Compel Plan Trustee to File Post-Confirmation Reports and to Pay Quarterly Fees.

1. The debtor filed a petition for relief under Chapter 11 of Title 11 on January 8, 2024, and the debtor's Plan of Reorganization was confirmed on March 20, 2024.

2. The Order of Confirmation (Doc. 144, ¶H) appointed Brian Walding ("Walding") as Plan Trustee, and required Walding to file Post Confirmation Reports on a quarterly basis and to pay quarterly fees (Doc. 144, ¶V). The Order of Confirmation also clarified that Walding would only be required to pay quarterly fees on the value of property initially transferred to the Plan Trust.[1]

3. Walding filed the Initial Post Confirmation Report (BA-4) on August 27, 2024, and reported that $5,993.668.66 was disbursed to various entities during the quarter ending June 30, 2024.

4. Walding filed a Quarterly Fee Statement (BA-2) on August 27, 2024, reporting and paying quarterly fees on the disbursements disclosed in the BA-4 Post Confirmation Report.

---

[1] 28 U.S.C. §1930(a)(6)(B) provides that the quarterly fee shall be the greater of 0.4% or $250 for each quarter in which disbursements total less than $1,000,000, and 0.8%, but not more than $250,000 for disbursements of at least $1,000,000. The quarterly fee for disbursements of $0 is $250.

5. Walding has not filed Post Confirmation Reports or Quarterly Fee Statements for the quarters ending September 30, 2024, December 31, 2024, or March 31, 2025. The Confirmation Order requires the Plan Trustee to file the reports, and the Court, Bankruptcy Administrator, and other parties in interest are unable to monitor the status of this case without the Plan Trustee's reports.

Based on the foregoing, the Bankruptcy Administrator moves the court to enter an order compelling the Plan Trustee to file all delinquent Post Confirmation Reports and Quarterly Fee Statements, and to pay the quarterly fees required by 28 U.S.C. §1930(a)(6)(B) for the quarters ending September 30, 2024, December 31, 2024, and March 31, 2025.

Dated: April 18, 2025

/s/Mark S. Zimlich
U.S. Bankruptcy Administrator
113 St. Joseph Street, Room 520
Mobile, Alabama 36602
(251)690-2058
mark_zimlich@alsba.uscourts.gov

## CERTIFICATE OF SERVICE

  I certify that I have this date served a true and correct copy of this pleading by electronic mail, or by placing it in the United States Mail, postage prepaid, and properly addressed to the following parties in interest:

Judson College
302 Bibb Street
Marion, AL 36756

Jay Bender
jbender@bradley.com

Alexandra Garrett
agarrett@silvervoit.com

Brian Walding, Plan Trustee
bwalding@waldinglaw.com


Dated: April 18, 2025                    /s/ Mark S. Zimlich